DAVID JEROME WITHERSPOON
LAW OFFICE OF DAVID WITHERSPOON
502 BAY BLVD.
SEASIDE HEIGHTS, NJ  08751

Re:   ELNAR C MCFIELD　　　　　　　　　　　　　　Atty:  DAVID JEROME WITHERSPOON
    1366-66 CLINTON AVE　　　　　　　　　　　　　　　　   LAW OFFICE OF DAVID WITHERSPOON
    IRVINGTON,  NJ  07111　　　　　　　　　　　　　　　　 502 BAY BLVD.
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEASIDE HEIGHTS, NJ  08751

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-20710

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $51,604.00**

## RECEIPTS AS OF 01/13/2023                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2018 | $600.00 | 108090650789 | 07/26/2018 | $600.00 | 108090651152 |
| 09/04/2018 | $800.00 | 17799227068 | 10/15/2018 | $800.00 | 17805728019 |
| 11/06/2018 | $800.00 | 5375177000 | 12/17/2018 | $1,600.00 | 5471557000 |
| 12/20/2018 | ($1,600.00) | 5471557000 | 12/31/2018 | $1,000.00 | 25471449696 |
| 12/31/2018 | $600.00 | 25471449707 | 03/06/2019 | $877.00 | 25840935854 |
| 05/07/2019 | $877.00 | | 10/24/2019 | $877.00 | 1820710- |
| 10/24/2019 | $877.00 | 1820710- | 10/24/2019 | $877.00 | 1820710-108177031270 |
| 10/24/2019 | $877.00 | 1820710-108177032458 | 10/24/2019 | $877.00 | 1820710-17978091115 |
| 10/24/2019 | $877.00 | 1820710-17672602790 | 10/24/2019 | $877.00 | 1820710-26061220080 |
| 10/24/2019 | $877.00 | 1820710-19025330587 | 11/26/2019 | $877.00 | 108529213837 |
| 12/24/2019 | $877.00 | 19052036630 | 01/27/2020 | $877.00 | 19058959945 |
| 03/03/2020 | $877.00 | 19073781217 | 04/20/2020 | $877.00 | 19088799722 |
| 06/15/2020 | $877.00 | 19106054325 | 07/01/2020 | $877.00 | 19125108657 |
| 09/11/2020 | $877.00 | 19125107759 | 09/22/2020 | $877.00 | 19137825894 |
| 09/22/2020 | $877.00 | 17960401945 | 10/02/2020 | $877.00 | 19175984983 |
| 10/16/2020 | $877.00 | 17975689673 | 11/17/2020 | $902.00 | 19189446077 |
| 01/07/2021 | $902.00 | 108346765120 | 01/29/2021 | $902.00 | 19189446540 |
| 02/10/2021 | $902.00 | 27259703188 | 04/06/2021 | $902.00 | 108346768080 |
| 04/21/2021 | $902.00 | 27199053990 | 05/25/2021 | $902.00 | 27488710348 |
| 06/10/2021 | $902.00 | 108902220086 | 06/30/2021 | $902.00 | 27252599106 |
| 08/24/2021 | $902.00 | 108902222418 | 09/28/2021 | $905.00 | 27681801827 |
| 10/27/2021 | $903.00 | 27516884973 | 12/02/2021 | $903.00 | 108902225300 |
| 01/11/2022 | $903.00 | 108711672465 | 02/28/2022 | $953.00 | 27903668040 |
| 04/05/2022 | $905.00 | 108711674698 | 05/17/2022 | $905.00 | 28225232537 |
| 08/01/2022 | $950.00 | 108711677602 | 09/13/2022 | $1,325.00 | |
| 09/28/2022 | $1,350.00 | | 11/21/2022 | $1,350.00 | |
| 12/12/2022 | $1,326.00 | | 01/12/2023 | $960.00 | |

**Chapter 13 Case # 18-20710**

| Total Receipts: $47,152.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $47,152.00 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 03/18/2019 | $4,928.80 | 821,683 | 04/15/2019 | $827.01 | 823,709 |
| | 11/18/2019 | $7,493.12 | 837,639 | 12/16/2019 | $831.40 | 839,564 |
| | 01/13/2020 | $831.40 | 841,438 | 03/16/2020 | $831.40 | 845,245 |
| | 04/20/2020 | $831.40 | 847,185 | 05/18/2020 | $789.30 | 849,053 |
| | 07/20/2020 | $1,622.44 | 852,557 | 10/19/2020 | $2,844.88 | 858,114 |
| | 11/16/2020 | $811.22 | 859,904 | 12/21/2020 | $834.35 | 861,734 |
| | 02/22/2021 | $1,668.70 | 865,228 | 03/15/2021 | $834.35 | 867,037 |
| | 05/17/2021 | $1,668.70 | 870,649 | 06/21/2021 | $847.88 | 872,451 |
| | 07/19/2021 | $1,695.76 | 874,236 | 09/20/2021 | $847.88 | 877,672 |
| | 10/18/2021 | $850.70 | 879,424 | 11/17/2021 | $857.85 | 881,139 |
| | 01/10/2022 | $857.85 | 884,414 | 02/14/2022 | $857.85 | 886,114 |
| | 04/18/2022 | $905.35 | 889,555 | 05/16/2022 | $873.32 | 891,238 |
| | 06/20/2022 | $873.32 | 892,939 | 06/20/2022 | ($873.32) | 892,939 |
| | 06/23/2022 | $873.32 | 893,798 | 09/19/2022 | $2,195.37 | 897,821 |
| | 10/17/2022 | $902.75 | 899,471 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 12/12/2022 | $1,275.75 | 901,862 | 01/09/2023 | $1,253.07 | 903,356 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,701.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 800.00 | 100.00% | 800.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,025.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 46,596.72 | 100.00% | 42,743.17 | |
| 0003 | CREDIT J&#092;CCEPTANCE | UNSECURED | 8,368.40 | * | 0.00 | |
| 0004 | DISCOVER BANK | UNSECURED | 667.39 | * | 0.00 | |
| 0005 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 984.10 | * | 0.00 | |
| 0006 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MERRICK BANK | UNSECURED | 1,016.43 | * | 0.00 | |
| 0011 | RECEIVABLE PERFORMANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 470.74 | * | 0.00 | |
| 0015 | J&#092;CCT. NO.: LJNFC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 807.35 | * | 0.00 | |
| 0017 | T MOBILE/T-MOBILE USA INC | UNSECURED | 783.12 | * | 0.00 | |
| 0018 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,260.25 | * | 0.00 | |
| 0019 | VERIZON | UNSECURED | 309.00 | * | 0.00 | |

Total Paid: $46,244.80
See Summary

### SUMMARY

| Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023. |
|---|
| Receipts: $47,152.00  -  Paid to Claims: $42,743.17  -  Admin Costs Paid: $3,501.63  =  Funds on Hand: $907.20 |

**Chapter 13 Case # 18-20710**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.