**Information to identify the case:**

Debtor 1: Elnar C McField
First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–2248
EIN   __–_____

Debtor 2 (Spouse, if filing):
First Name   Middle Name   Last Name

Social Security number or ITIN   ____
EIN   __–_____

United States Bankruptcy Court   District of New Jersey

Case number: 18–20710–RG

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elnar C McField

10/16/23

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-20710-RG |
|---|---|
| Elnar C McField | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elnar C McField, 1366-66 Clinton Ave, Irvington, NJ 07111-1458 |
| 517557105 | + | Credit J/cceptance, 25505 West Twelve Mile Road, Southfield, MI 48034-8316 |
| 517557104 | | J/cct. No.: lJNFC, O'Gorman Motors, 938 Chancellor J/ venue, Irvington, NJ 07111 |
| 517557103 | #+ | Loan. No.: 0671060390, Jefferson Capital Systems, LLC, 16 McLeand Drive, St. Cloud, MN 56303-2198 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517557112 | + | EDI: CAPITALONE.COM | Oct 17 2023 00:36:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517644092 | | EDI: CAPITALONE.COM | Oct 17 2023 00:36:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517575010 | | EDI: DISCOVER.COM | Oct 17 2023 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517557109 | + | EDI: DISCOVER.COM | Oct 17 2023 00:36:00 | Discovery Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 517557107 | | Email/Text: BNSFS@capitalsvcs.com | Oct 16 2023 20:48:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103 |
| 517557106 | | EDI: AMINFOFP.COM | Oct 17 2023 00:36:00 | First Premiere Bank, 1808 S. Cliff J/venue, Sioux Falls, SD 57105 |
| 517557110 | + | EDI: LCIICSYSTEM | Oct 17 2023 00:36:00 | IC System, PO Box 64378, St. Paul, MI 55164-0378 |
| 517681194 | | EDI: JEFFERSONCAP.COM | Oct 17 2023 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517664547 | | EDI: JPMORGANCHASE | Oct 17 2023 00:36:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH 43219 |
| 517557102 | | EDI: JPMORGANCHASE | Oct 17 2023 00:36:00 | Chase Bank, PO Box 78420, Phoenix, AZ 85062 |
| 519771343 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2023 20:49:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, MEB Loan Trust VII, Serviced by Select Portfolio Servicing, |
| 519771342 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 16 2023 20:49:00 | MEB Loan Trust VII, Serviced by Select Portfolio |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517653451 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2023 20:51:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517557108 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2023 20:50:22 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517674327 | + | EDI: JEFFERSONCAP.COM | Oct 17 2023 00:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517557111 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 16 2023 20:49:00 | Receivable Performance, Management, LLC, PO Box 1548, Lynwood, WA 98046-1548 |
| 517580616 | + | EDI: AIS.COM | Oct 17 2023 00:36:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517667562 | + | EDI: AIS.COM | Oct 17 2023 00:36:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | George Manchero |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Elnar C McField daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jmanzo@spinellalawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 16, 2023 | Form ID: 3180W | Total Noticed: 24

    HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7